UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. KANE,<br><br>                           Petitioner,<br>v.<br>JOSIE GASTELO,<br><br>                           Defendants. | Case No.:  3:19-cv-01354-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

   The matter before the Court is the Report and Recommendation issued by the Magistrate Judge (ECF No. 19).

   The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b).  The district judge must "make a de novo determination of those portions of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("Neither the

Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

The record reflects that no objections have been filed by either party. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 19) is ADOPTED in its entirety. IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner Michael D. Kane (ECF No. 1) is DENIED. The Clerk of the Court shall enter judgment in favor of Respondent and against Petitioner.

Dated: November 25, 2020

Hon. William Q. Hayes
United States District Court